No. 96–1986. NARO ET UX. *v.* HAMILTON TOWNSHIP ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96–1989. LOUIS E. OLIVERO & ASSOCIATES ET AL. *v.* WESTERN STATES INSURANCE CO. ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 96–1990. SANDERS *v.* FULTON COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1991. SWAFFAR *v.* SWAFFAR, EXECUTOR OF THE ESTATE OF SWAFFAR, DECEASED. Sup. Ct. Ark. Certiorari denied.

No. 96–1992. RABIN ET UX. *v.* AMERICA'S FAVORITE CHICKEN CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1993. CARLISLE *v.* ROBINETT. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 96–1994. DENTY *v.* SMITHKLINE BEECHAM CORP. C. A. 3d Cir. Certiorari denied.

No. 96–1995. COHEN *v.* TIRABASSI. Cir. Ct. Howard County, Md. Certiorari denied.

No. 96–1996. GORDON ET AL. *v.* COUNTY OF ROCKLAND. C. A. 2d Cir. Certiorari denied.

No. 96–1997. ZIMMER *v.* NAUMANN, PARISH COUNCIL CHAIRPERSON, ET AL. Ct. App. Minn. Certiorari denied.

No. 96–1998. TYRREL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1999. MCLAUGHLIN *v.* WASHINGTON STATE BAR ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–2000. MGM GRAND AIR, INC. *v.* MICELI ET UX. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–2001. TEXAS PHARMACY ASSN. ET AL. *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 5th Cir. Certiorari denied.